Clarence J. Groves, Appellant, v. The Collins Bag Company, Respondent. — Judgment affirmed, with costs. All concurred, except Kellogg and Betts, JJ., dissenting.

Armavenie G. Gulian, Appellant, v. Garabed Gulian, Respondent. — Order affirmed. All concurred.

Knickerbocker Trust Company, as Trustee, v. Oneonta, Cooperstown and Richfield Springs Railroad Company and Others. — Motion for stay denied.

Ella Luffman, as Administratrix, etc., of William Luffman, Deceased, Respondent, v. Hudson River Telephone Company, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event unless plaintiff stipulates to reduce the verdict to $8,000, in which case the judgment is so modified, and as so modified judgment and order affirmed, without costs. All concurred, except Betts, J., dissenting.

In the Matter of the Application of Certain Duly Qualified Voters of the Town of Morristown in St. Lawrence County, Appellants, for the Holding of a Special Town Meeting in Said Town, at which May Be Submitted the Question of Local Option for Said Town. Town Board of Morristown, Respondent. — Order affirmed, with costs. All concurred.

Ellen I. McGibbon and Another, as Administrators de Bonis Non of Belfrage McGibbon, Deceased, Respondents, v. Edwin B. Tarbox, as Survivor of the Late Firm of McGibbon & Tarbox, Appellant. — Motion denied.

In the Matter of the Application of the City of New York for a Writ of Certiorari Directed to Charles H. Jansen and Others as Members of and Constituting the Board of Assessors of the Town of Shawangunk, Ulster County, State of New York. — Motion denied.

The People of the State of New York v. Brooklyn Bank in the City of New York. Charles M. Higgins, as One of the Receivers, etc., Appellant; Bruyn Hasbrouck and Others, Respondents. — Motion denied; Betts, J., not sitting.

The People of the State of New York ex rel. Delaware, Lackawanna and Western Railroad Company and Another, Appellants, v. The State Board of Tax Commissioners and the City of Buffalo, Respondents. — Motion granted as to the State Board of Tax Commissioners, and denied as to the city of Buffalo; Houghton, J., not sitting.

Frank D. Roods, Respondent, v. Fonda, Johnstown and Gloversville Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles E. Sargent, Respondent, v. Josephine Failing Sargent, Appellant. — Order affirmed. All concurred.

Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, N. Y., Respondent, v. G. Arthur Gardner, Appellant. — Motion granted, unless within twenty days appellant procures case to be signed, filed and served, in which case motion is denied, without costs.